Order entered November 12, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01158-CR

CLAUDE CHARLES POWELL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F11-62508-H

## ORDER

We **GRANT** Official Court Reporter Crystal R. Jones's November 7, 2012 request for an extension of time to file the reporter's record to the extent the reporter's record shall be due **THIRTY DAYS** from the date of this order.

LANA MYERS
JUSTICE